# Order

Michigan Supreme Court
Lansing, Michigan

December 28, 2011

Robert P. Young, Jr.,
Chief Justice

143502

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

ANDRE MONTEEK EDWARDS,
        Defendant-Appellant.

SC: 143502
COA: 294826
Genesee CC: 08-023861-FC

_____/

On order of the Court, the application for leave to appeal the June 21, 2011 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Vaughn* (Docket No. 142627) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2011

Clerk

t1219